# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs **Harry Gappy**                          Docket No 21-cr-20441-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jessica Homann, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Harry Gappy</u>, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge David R. Grand sitting in the court at the <u>Eastern District of Michigan</u>, on <u>October 15, 2021</u>,

**Respectfully presenting petition for action of court and for cause as follows**:

Upon review of the defendant's bond conditions, additional conditions are recommended to reasonable assure the defendant's appearance in court.

-Do not obtain a passport or other international travel document
-If your passport is returned to you by federal agents you will immediately surrender it to the U.S. Pretrial Services Agency

The defendant, Assistant United States Attorney Stanley J. Janice, Jr., and defense counsel James C. Thomas have been advised of the information

**PRAYING THAT THE COURT WILL ORDER** the amendment of the defendant's bond to include:

-Do not obtain a passport or other international travel documents
-If your passport is returned to you by federal agents you will immediately surrender to the U.S. Pretrial Services Agency

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ____15th_____ day of November, 2021 and ordered filed and made a part of the records in the above case. | Executed on 10/23/2021 |
|  | /s:/ Jessica A. Homann |
| /s/Terrence G. Berg | _____ |
| Honorable Terrence G. Berg<br>United States District Judge | U.S. Pretrial Services Officer<br>Place: Detroit, Michigan<br>Date: 10/23/2021 |